798 A.2d 1285

Clyde GIBBS, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.

No. 59 MAP 2002.

Supreme Court of Pennsylvania.

June 20, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2002, probable jurisdiction is noted and the order appealed is affirmed.